### (November 19, 1945.)

JULES HONIG, Plaintiff, v. MICHAEL A. MINOTTI, Appellant, and MORRIS SOKIRAN, Assignee of Judgment, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Acting, P. J., Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of AMITY HALL SCHOOL ASSOCIATION, INC., Appellant, against H. J. PALMER et al., Constituting the Board of Assessors of the Village of Croton-on-Hudson, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 948.]

In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. WILLIAM R. CONKLIN, as General Guardian of EDGAR F. LUCKENBACH, JR., an Infant, et al., Appellants; ANDREA L. DOBBS et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 948.]

In the Matter of the Arbitration between MICAMOLD RADIO CORPORATION, Appellant, and LOCAL 430, UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA, C. I. O., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 944.]

ERMA MINARD, as Administratrix of the Estate of WILLIAM MINARD, Deceased, Appellant, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 870.]

CONSTANCE SIMPSON et al., Respondents, v. 160 COLUMBIA HEIGHTS CORPORATION, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 950.]

MILTON SOLOMON, Respondent, v. FIORELLO H. LA GUARDIA et al., Appellants, et al., Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted and the following question is certified: " Was the order of the Special Term, insofar as it directed that appellants be examined before trial with respect to their testimony before the Grand Jury (Item No. 29), properly made?" As to Item No. 29, stay of examination is granted pending determination of appeal by the Court of Appeals. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 961.]

VERNEX ESTATES, INC., Respondent, v. CHARLES F. VACHRIS, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante*, p. 954.]